O'REILLY, Appellant, v. BROOKLYN HEIGHTS R. CO., Respondent. (Supreme Court, Appellate Division, Second Department. December 29, 1905.) Action by Mary A. O'Reilly, as administratrix, etc., of Peter F. O'Reilly, deceased, against the Brooklyn Heights

Railroad Company. No opinion. Judgment and order unanimously affirmed, with costs.